IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ross, Daniel R

Printed: 11/11/08

Case Number:  08 B 03385
Judge:  Squires, John H

Filed:  2/14/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 315.00 |  |
| Secured: |  | 119.56 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 174.86 |
| Trustee Fee: |  | 20.58 |
| Other Funds: |  | 0.00 |
| Totals: | 315.00 | 315.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 314.00 | 174.86 |
| 2. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | 3730-3740 Lake Shore Drive Condominium | Secured | 38,000.00 | 119.56 |
| 5. | American Express Travel Relate | Unsecured | 1.10 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 2,961.65 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 260.57 | 0.00 |
| 8. | Railton Resources | Secured |  | No Claim Filed |
| 9. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 10. | Volkswagon Credit | Unsecured |  | No Claim Filed |
|  |  |  | $ 41,537.32 | $ 294.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1.71 |
| 6.5% | 12.54 |
| 6.6% | 6.33 |
|  | $ 20.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ross, Daniel R | Case Number:  08 B 03385 |
| | Judge:  Squires, John H |
| Printed: 11/11/08 | Filed:  2/14/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

